UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,

    Plaintiffs,

v.

LYNN LEFEVRE,

    Defendant.

Case No. 16-cv-01094-DMR

**ORDER TO SHOW CAUSE**

A case management conference was scheduled for June 1, 2016 at 1:30 p.m. in the above-entitled case. No appearance was made on behalf of Defendant Lynn LeFevre. Therefore, IT IS HEREBY ORDERED that by **June 7, 2016**, Defendant shall submit a statement explaining why Defendant should not be sanctioned for failing to appear at the June 1, 2016 case management conference.

**IT IS SO ORDERED.**

Dated: June 2, 2016



Donna M. Ryu
United States Magistrate Judge