United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>LYNN LEFEVRE,<br><br>   Defendant. | Case No.  16-cv-01094-DMR<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 19 |

On June 2, 2016, the court issued an Order to Show Cause, ordering Defendant Lynn LeFevre to show cause in writing why it should not be sanctioned for failing to appear at the June 1, 2016 case management conference. [Docket No. 19.] The court has reviewed Defendant's statement in response to the Order to Show Cause. [Docket No. 20.] The Order to Show Cause is hereby discharged.

**IT IS SO ORDERED.**

Dated: June 8, 2016



Donna M. Ryu
United States Magistrate Judge